

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2020

No. 04-20-00376-CV

**UNITED INDEPENDENT SCHOOL DISTRICT**,
Appellant

v.

**IMPACTO MEDIA, INC.**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2019-CVH-001030-D3
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellee has been granted two previous extensions to file its brief, the latest until October 9, 2020. On October 8, 2020, the parties filed a joint motion to extend appellee's deadline until October 14, 2020, to allow the parties to reach a resolution in the underlying suit. The motion is GRANTED and appellee's brief is due **no later than October 16, 2020**.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2020.

_____
Michael A. Cruz,
Clerk of Court